**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00923-CR
No. 05-13-00933-CR

**REBECCA JEAN CAGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45513-P, F10-11213-P**

## ORDER

The Court **REINSTATES** the appeal.

On March 24, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 31, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 24, 2014 order requiring findings.

We **GRANT** the March 31, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** appellant's March 31, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental records containing the capias issued on January 11, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE